IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED. INC., <br><br>Plaintiffs. <br><br>v. <br><br>WALL CARDIOVASCULAR TECHNOLOGIES, LLC, <br><br>Defendant. | Civil Action No. _____ |

### RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that plaintiff Boston Scientific Corporation has *no parent corporation* and that *no* publicly held corporation owns 10% or more of the stock of Boston Scientific Corporation. Counsel further certifies that *Boston Scientific Corporation is the parent corporation* of plaintiff Boston Scientific Scimed, Inc. and that *no* other publicly held corporation owns 10% or more of the stock of Boston Scientific Scimed, Inc.

DATED: August 6, 2008

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*apoff@ycst.com*

*Of Counsel*:

John M. Desmarais
Peter J. Armenio
Young J. Park
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800