IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-489-SLR |
| WALL CARDIOVASCULAR TECHNOLOGIES LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed Inc. and defendant Wall Cardiovascular Technologies LLC, by and through their respective attorneys, and subject to approval by the Court, hereby stipulate and agree that the time within which defendant may move, answer, or otherwise respond to the Complaint is extended through and including September 25, 2008. Nothing herein shall be construed as a waiver by defendant Wall Cardiovascular Technologies LLC of any objection or defense.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, Delaware 19899
(302) 658-9141
fdigiovanni@cblh.com

*Counsel for Wall Cardiovascular Technologies LLC*

/s/ Karen L. Pascale
Adam Wyatt Poff (#3362)
Karen L. Pascale (#2903)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6000
apoff@ycst.com

*Counsel for Boston Scientific Corp. and Boston Scientific Scimed Inc.*

SO ORDERED this ____ day of August, 2008.

_____
United States District Judge