IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WALL CARDIOVASCULAR TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. 08-489-SLR |

<u>**AFFIDAVIT OF MAILING PURSUANT TO 10 *DEL. C.* § 3104**</u>

STATE OF DELAWARE:
                 SS:
NEW CASTLE COUNTY:

BE IT REMEMBERED that on August 22, 2008, personally appeared before me, a Notary Public for the State and County aforesaid, the deponent, Andrew A. Lundgren, Esquire, who deposed and stated as follows:

     1.      I am an attorney for the plaintiff in this action.

     2.      Defendant Wall Cardiovascular Technologies, LLC ("Wall") is a non-resident of the State of Delaware presently residing at 104 E. Houston Street, Suite 160, Marshall, Texas 75670.

     3.      On August 8, 2008, I caused to be mailed by Registered Mail to Wall an envelope containing the Notice in the form attached hereto as Exhibit "A" and a copy of the Summons, Complaint and related papers.

     4.      On August 22, 2008, the return receipt of defendant Wall, showing

delivery and acceptance of the above-referenced envelope, was received from the United States Post Office in this office. A copy of the return receipt is attached hereto as Exhibit "B".

5. Attached hereto as Exhibit "C" is a copy of the receipt for registered mail, which was obtained at the Post Office at the time of mailing of the envelope referred to above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
*alundgren@ycst.com*

*Attorneys for Plaintiffs*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Young J. Park
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Dated: August 27, 2008

2

SWORN TO AND SUBSCRIBED before me on August 27, 2008.

_____
Notary Public

My Commission Expires: _____

MAURA C. MEEHAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 29, 2010

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WALL CARDIOVASCULAR TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. 08-489 |

**NOTICE**

TO: WALL CARDIOVASCULAR TECHNOLOGIES, LLC
104 E. Houston Street - Suite 160
Marshall, Texas  75670

PLEASE TAKE NOTICE that there has been served upon the Secretary of State of the State of Delaware the original of a Summons and Complaint, copies of which are attached hereto, in which you are named as a defendant in an action brought by Boston Scientific Corporation and Boston Scientific Scimed, Inc.  Said Summons and Complaint were served upon the Secretary of State of the State of Delaware on August 6, 2008, and service of process was filed with the United States District Court for the District of Delaware on August 7, 2008.  Under the provisions of 10 Del. C. § 3104, service of the original Summons and Complaint upon the Secretary of State as aforesaid is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

Failure on your part to obey the command of the within writ could result in a default judgment being taken against you.

                                        YOUNG CONAWAY STARGATT &
                                        TAYLOR, LLP

                                        /s/ Andrew A. Lundgren
                                        Josy W. Ingersoll (No. 1088)
                                        *jingersoll@ycst.com*
                                        John W. Shaw (No. 3362)
                                        *jshaw@ycst.com*
                                        Adam W. Poff (No. 3990)
                                        *apoff@ycst.com*
                                        Andrew A. Lundgren (No. 4429)
                                        *alundgren@ycst.com*
                                        The Brandywine Building, 17th Floor
                                        1000 West Street
                                        Wilmington, DE 19801
                                        (302) 571-6600

*Of Counsel*:

John M. Desmarais
jdesmarais@kirkland.com
Peter J. Armenio
parmenio@kirkland.com
Young J. Park
ypark@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
                                        *Attorneys for Plaintiffs*
                                        *Boston Scientific Corporation and*
                                        *Boston Scientific Scimed, Inc.*

Dated: August 8, 2008

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>8-18- |
| 1. Article Addressed to:<br>WALL CARDIOVASCULAR TECHNOLOGIES, LLC<br>104 E. HOUSTON ST.<br>SUITE 160<br>MARSHALL, TX 75670 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | RE 038 532 255 US | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

# EXHIBIT C

**Registered No.** RE038532225US

Reg. Fee $ — Special Delivery $
Handling Charge $ — Return Receipt $10.00
Postage $10.00 — Restricted Delivery $
Received by $0.00 — $2.20
Customer Must Declare Full Value $ — With Postal Insurance / Without Postal Insurance

Date Stamp: RODNEY SQ STA, AUG 8 2008, 0501

Domestic Insurance Is Limited To $25,000. International Indemnity Is Limited (See Reverse)

FROM: YOUNG CONAWAY STARGATT & TAYLOR
1000 West St, P.O. Box 391
Wilmington, DE 19899-0391

TO: VALL CARDIOVASCULAR Technologies, LLC
104 N. Houston St - Suite 160
Marshall, TX 75670

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)